Argued March 26, affirmed March 26, petition for rehearing denied April 19, petition for review denied May 30, 1973

STATE OF OREGON, *Respondent, v.* WILLIAM CHARLES JOHNSON (No. C 72-08-2469 Cr), *Appellant.*

507 P2d 1158

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John W. Burgess,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.